# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA  :
                          :
                          :
             v.           :
                          :
                          :
DOUGLAS L. THOMPSON       :
                          :
        Defendant.        :
                          :

_____

Criminal No.

Violations:
   18 U.S.C. § 666 (Theft Concerning
   Programs Receiving Federal Funds);
   18 U.S.C. § 982 (Criminal Forfeiture)

## INFORMATION

The United States Attorney informs the Court that:

## INTRODUCTION

At all times material to this Information:

1.    The National Railroad Passenger Corporation ("Amtrak") is a government-owned corporation that was created by Congress in 1970 to take over the passenger rail services previously required to be operated by private freight railroad companies in the United States. Amtrak was created by a special statute, explicitly for the furtherance of federal governmental goals. Six of the corporation's eight externally named directors are appointed directly by the President of the United States – four of them (including the Secretary of Transportation) with the advice and consent of the Senate. In each year since 2006, Amtrak has received more than $10,000 in benefits under various Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, or other forms of Federal assistance.

2.    THOMPSON has been employed by Amtrak for approximately thirty-four years.

For the past fourteen years, THOMPSON has worked primarily in the accounting department. Beginning in 2006, THOMPSON was one of the Amtrak employees who had primary responsibility for the operation of the Manual Credit Card System ("MCCS"). The MCCS is an accounting system that permits Amtrak personnel to manually give credits to customer credit cards. Typically, the MCCS system is used by Amtrak employees to give a refund manually to a customer's credit card in instances where a traditional phone-based swipe card reader is unavailable – for example, when an Amtrak customer requests a credit card refund for a purchase made aboard a train.

3.     Beginning in March 2006, THOMPSON manipulated the MCCS so that the system would award credits to his personal credit cards without THOMPSON having made a corresponding purchase from Amtrak. These false "refunds" were applied to nine (9) different credit cards each of which was in the name of "Douglas L. Thompson." In the time since 2006, THOMPSON applied a total of 244 false "refunds" to his nine personal credit cards. These "refunds" had an aggregate value of $74,029.04.

4.     THOMPSON accepted the $74,029.04 worth of refunds to his personal credit cards knowing that he was not entitled to such credits. THOMPSON made no attempt to re-pay any portion of the $74,029.04 he had taken from Amtrak prior to the government's investigation of this case.

COUNT ONE<br>Theft Concerning Programs Receiving Federal Funds

5.     Paragraphs 1 through 4 are realleged as though set forth herein.

6.     From March 2006 until May 2008, defendant DOUGLAS L. THOMPSON

obtained by fraud $74,029.04 from the National Passenger Railroad Corporation, an agency

receiving more than $10,000 under Federal programs involving grants, contracts, subsidies,

loans,  guarantees, insurance, or other forms of Federal assistance in each of the years from 2006

through 2008.

**(Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666)**.


### CRIMINAL FORFEITURE ALLEGATION AS TO COUNT ONE

7.      Paragraphs 1 through 6 are realleged as though set forth fully herein and

incorporated by reference for the purpose of alleging forfeiture to the United States of America

pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

8.      As a result of the offense alleged in Count One of this Information, defendant

DOUGLAS L. THOMPSON shall forfeit to the United States any and all property, real or

personal, constituting, or derived from, proceeds obtained directly or indirectly, as the result of

theft concerning programs receiving Federal funds, including, but not limited to:

**Money Judgment**

$74,029.04 which represents the sum of money equal to the total
amount of money constituting, or derived from, proceeds obtained,
directly or indirectly, as a result of theft concerning programs
receiving Federal funds, in violation of 18 U.S.C. § 666.

By virtue of the commission of the felony offense charged in Count One of this Information, any

and all interest that DOUGLAS L. THOMPSON has in the property constituting, or derived

from, proceeds obtained directly or indirectly, as the result of theft concerning programs

receiving Federal funds is vested in the United States and hereby forfeited to the United States

pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).  If, as a result of any act or

omission of the defendant, the property identified above:

    a.       cannot be located upon the exercise of due diligence;

    b.       has been transferred or sold to, or deposited with, a third person;

    c.       has been placed beyond the jurisdiction of the Court;

    d.       has been substantially diminished in value; or

    e.       has been commingled with other property that cannot be subdivided without

            difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C.

§ 2461(c), and incorporating by reference 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendant up to the value of said property listed above as being subject to

forfeiture.

     **(Criminal Forfeiture, in violation of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))**

                           JEFFREY A. TAYLOR
                           United States Attorney
                           for the District of Columbia

               By:        _____/s/_____
                       JOHN W. BORCHERT (D.C. Bar No. 472824)
                       Assistant United States Attorney
                       United States Attorney's Office
                       555 Fourth Street, N.W., Room 5840
                       Washington, D.C.  20530
                       (202) 353-2442
                       john.borchert@usdoj.gov