NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:08-cr-00262-JR

Douglas L. Thompson
            (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

J. Frederick Sinclair D.C. Bar No. 81414
_(Attorney & Bar ID Number)_

J. Frederick Sinclair, P.C.
_(Firm Name)_

100 North Pitt Street, Suite 200
_(Street Address)_

Alexandria          VA          22314
_(City)_            _(State)_    _(Zip)_

703-299-0600
_(Telephone Number)_